IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Tammy J. Yuhanick, )  | Case No. 5:09cv907 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On April 20, 2009, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge David S. Perelman pursuant to Local Rule 72.2. On July 21, 2010, the Magistrate Judge recommended that the defendant's final determination be reversed and the matter remanded pursuant to the forth sentence of §405(g) for further proceedings. (Dkt. #15).

On August 4, 2010, Defendant, Commissioner of Social Security, Michael J. Astrue, filed a Response to the Magistrate Judge's Report and Recommended Decision stating that they do not object to the recommended decision.  Therefore, Magistrate Judge Perelman's Report and Recommendation is  **ADOPTED** and the defendant's final determination is reversed and the matter is remanded pursuant to the forth sentence of §405(g) for further proceedings.

IT IS SO ORDERED.

Dated: August 6, 2010

    *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE